IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CR-31-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELIJAH TYLER THORNE, | ) | |
| | ) | |
| Defendant. | ) | |

On September 30, 2025, Elijah Tyler Thorne ("defendant" or "Thorne"), proceeding pro se, filed a document requesting his sentencing transcript and docket sheet without paying the standard fee [D.E. 102].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Throne has failed to show a particularized need for the sentencing transcript or docket sheet.

In sum, to the extent defendant seeks to obtain his sentencing transcript and docket sheet without charge, the court DENIES as meritless his motion [D.E. 102].

SO ORDERED. This _3_ day of October, 2025.

JAMES C. DEVER III
United States District Judge